and *Floyd E. Thompson* for respondent.

No. 293. ARMOUR & COMPANY *v.* ALTON RAILROAD CO. ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Charles J. Faulkner, John Potts Barnes,* and *Paul E. Blanchard* for petitioner. *Messrs. Bryce L. Hamilton* and *Frank H. Towner* for Holman D. Pettibone, Trustee, et al., and *Messrs. Kenneth F. Burgess, James F. Oates, Jr.,* and *Douglas F. Smith* for other respondents.

No. 327. RAWLINGS, RECEIVER, *v.* RAY. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. George P. Barse* and *Lee Roy Stover;* and *Harriet Buckingham* for petitioner.

No. 346. MAGUIRE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Albert H. Veeder* for petitioners. *Solicitor General Biddle* for respondent.

No. 349. KELLEAM ET AL. *v.* MARYLAND CASUALTY CO. ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. Warren E. Miller* for petitioners. *Mr. John J. Carmody* for the Maryland Casualty Co., and *Mr. W. V. Pryor* for Mrs. Ethel Riddler et al., respondents.